Misc. No. 12–8019/NA. U.S. v. Edwin A. Ehlers, II. CCA 200800190. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) by mail on February 3, 2012, and placed on the docket this 23rd day of February, 2012. On consideration thereof, it is ordered that said petition is hereby denied.

No. 12–0099/AR. U.S. v. Matthew J. McClain. CCA 20090446. On consideration of Appellee's motion to request expedited oral argument, it is ordered that said motion is hereby granted, and that the above-entitled action be called for hearing on the 12th day of March, 2012.

No. 12–6004/AR. U.S. v. Eric W. Cooper. CCA 20110914. Appellee's motion to reschedule oral argument is denied.

No. 12–0269/AR. U.S. v. William P. Caldwell. CCA 20110538. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0453/AR. U.S. v. Aaron M. Mitchell. CCA 20100713. Review granted on the following issue:

---

* It is directed that the date of the United States Army Court of Criminal Appeals decision be corrected to 5 January 2012.